UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GM TRANSPORT, CORP., a Nevada corporation, ) ) ) Plaintiff, ) ) vs. ) ) NORTHLAND INSURANCE COMPANY, ) a Minnesota corporation, ) TRANSWESTERN GENERAL AGENCY, ) INC., a Utah corporation, doing business ) as KAUFMAN & KAUFMAN ) INSURANCE, ) ) Defendants. ) _____) | 3:07-CV-0254-BES (RAM) <br><br> <u>MINUTES OF THE COURT</u> <br><br> September 25, 2007 |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>FRANK JUSTILIANO</u>      REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Plaintiff has filed a Motion to Stay FRCP 26(f) Conference Pending Court's Decision on Motion to Remand (Doc. #37).

    Plaintiff's Motion to Stay FRCP 26(f) Conference Pending Court's Decision on Motion to Remand (Doc. #37) is <u>GRANTED</u>.  The parties' FRCP 26(f) conference is <u>STAYED</u> until twenty one (21) days after the court's decision on the Motion to Remand.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:_____/s/_____
Deputy Clerk